FILED

2009 Oct-27  PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROLINE Z. MCGRAW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:09-cv-00970-HGD |
| | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Dismiss.  (Doc. #13).  The court ORDERS that plaintiff's motion is GRANTED, and this action is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 27th day of October, 2009.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE